371 A.2d 517
Gill v. Gill, Appellant.

Argued September 16, 1976. John H. Gill, appellant, in propria persona; Phillip H. Baer, for appellee.

Order affirmed.